UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN APPAREL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-_____ (____)<br><br>(Joint Administration Requested) |

## DECLARATION REGARDING CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

I, Hassan Natha, Chief Financial Officer of the above-captioned Debtors, declare under penalty of perjury that I have reviewed the foregoing "Consolidated List Of Creditors Holding 30 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information and belief.

Dated: October 5, 2015

_____
Hassan Natha
Chief Financial Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

---

[1] The Debtors are the following six entities (the last four digits of their respective taxpayer identifications numbers follow in parentheses): American Apparel, Inc. (0601), American Apparel (USA), LLC (8940), American Apparel Dyeing & Finishing, Inc. (0324), KCL Knitting, LLC (9518), American Apparel Retail, Inc. (7829), Fresh Air Freight, Inc. (3870). The address of each of the Debtors is 747 Warehouse Street, Los Angeles, CA 90021

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                    :  Chapter 11
                                         :
                                         :  Case No. _____
AMERICAN APPAREL, INC., et al.,[1]       :
                                         :  (Joint Administration Requested)
                    Debtors.             :
                                         :
---------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|
| Standard General L.P. | Standard General L.P.<br>ATTN: Gail D. Steiner<br>767 5th Avenue<br>New York, NY 10153<br>Tel: 212-257-4721<br>Fax: 212-257-4709<br>Email: | Term Loan | | 15,000,000.00 |
| Standard General Master Fund L.P. | Standard General Master Fund L.P.<br>ATTN:<br>767 5th Avenue<br>New York, NY 10153<br>Tel: 212-257-4721<br>Fax:<br>Email: ops@standgen.com | Term Loan | | 9,865,000.00 |

---

[1] The Debtors are the following 6 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): American Apparel, Inc. (0601); American Apparel (USA), LLC (8940); American Apparel Retail, Inc. (7829); American Apparel Dyeing & Finishing, Inc. (0324); KCL Knitting, LLC (9518); Fresh Air Freight, Inc. (3870). The address of each of the Debtors is 747 Warehouse Street, Los Angeles, California 90021.

| | | | | |
|---|---|---|---|---|
| Skadden, Arps, Slate | Skadden, Arps, Slate<br>ATTN: Jeff Cohen<br>300 South Grand Avenue<br>Los Angeles, CA 90071<br>Tel: 213-687-5000<br>Fax: 212-735-2000<br>Email: jeffrey.cohen@skadden.com | Legal Services | | 3,833,878.77 |
| Alameda Square Owner LLC | Alameda Square Owner LLC<br>ATTN: Department #002<br>PO Box 31001-2198<br>Pasadena, CA 91110<br>Tel: 213-290-9647<br>Fax:<br>Email: pmcelyea@atlas-cap.com | Landlord | | 2,162,887.43 |
| Dunaway Yarns, Inc. | Dunaway Yarns, Inc.<br>ATTN:<br>Carolina Bank / Lynn Wilson<br>1538 S Irby Street<br>Florence, SC 29505<br>Tel: 843-662-8988<br>Fax:<br>Email: Lynn Wilson-Carolina Bank | Trade Debt | | 2,029,208.02 |
| Atalaya Asset Income | Atalaya Asset Income<br>ATTN:<br>780 Third Avenue, 27th Floor<br>Suite 100<br>New York, NY 10017<br>Tel: 949-720-9511<br>Fax:<br>Email: | Lease | | 1,583,508.82 |
| White & Case LLP | White & Case LLP<br>ATTN:<br>23802 Network Place<br>Chicago, IL 60673<br>Tel: 212-819-8200<br>Fax: 212-819-8200<br>Email: | Legal Services | | 1,425,538.96 |
| Kuk Il Spinning Co., Ltd. | Kuk Il Spinning Co., Ltd.<br>ATTN:<br>25-4 Youido-dong<br>Seoul, Korea 0<br>Tel: 82-2-3771-0503<br>Fax: 011-02-784-2534<br>Email: | Trade Debt | | 1,409,632.00 |

| | | | | |
|---|---|---|---|---|
| Andari | | Trade Debt | | 1,365,793.39 |
| | Andari<br>ATTN: US<br>9626 Telstar Avenue<br>El Monte, CA 91731<br>Tel: 626-575-2759<br>Fax: 626-575-3629<br>Email: wei.wang@andari.com | | | |
| Utica Lease Co. | | Lease | | 1,138,873.28 |
| | Utica Lease Co.<br>ATTN:<br>44225 Utica Road<br>Utica, MI 48317<br>Tel:<br>Fax: 586-323-8731<br>Email: info@uticaleaseco.com | | | |
| Fabritex, Inc. | | Trade Debt | | 869,187.84 |
| | Fabritex, Inc.<br>ATTN:<br>2301 E. 7th Street, #D102<br>Los Angeles, CA 90023<br>Tel: 213-747-1417<br>Fax: 706-376-1434<br>Email: | | | |
| Chonbang Co. Ltd. | Chonbang Co. Ltd.<br>ATTN:<br>12F, 13F Choongjung Tower<br>464 Choongjungro-3ka<br>Seodaemun-ku<br>Seoul, Korea 0<br>Tel: 213-500-5830<br>Fax:<br>Email: | Trade Debt | | 708,513.77 |
| Paul, Hastings, Janofsky & Walker LLP | Paul, Hastings, Janofsky & Walker LLP<br>ATTN:<br>515 S. Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>Tel: 213-683-6000<br>Fax:<br>Email: | Legal Services | | 679,144.36 |
| Neo Tex. Inc. | | Trade Debt | | 612,577.59 |
| | Neo Tex. Inc.<br>ATTN:<br>6080 Triangle Drive<br>Commerce, CA 90040<br>Tel: 323-888-2888<br>Fax: 323-832-9988<br>Email: | | | |

| Creditor | Address | Nature of Claim | | Amount |
|---|---|---|---|---|
| United Fabricare Supply Inc. | United Fabricare Supply Inc.<br>ATTN:<br>P.O. Box 07196<br>Los Angeles, CA 90001<br>Tel: 310-886-3790<br>Fax: 310-537-7096<br>Email: | Trade Debt | | 531,976.40 |
| Adobe Systems Incorporated | Adobe Systems Incorporated<br>ATTN:<br>75 Remittance Drive, Suite 1025<br>Chicago, IL 60675<br>Tel: 801-722-7000<br>Fax: 408-536-6000<br>Email: | Software | | 502,162.00 |
| Tuscarora Yarns, Inc | Tuscarora Yarns, Inc<br>ATTN:<br>PO Box 602569<br>Charlotte, NC 28262<br>Tel: 704-436-6527<br>Fax: 704-436-9461<br>Email: jrmclester@tuscarorayarns.com | Trade Debt | | 479,328.33 |
| LA Supply Co. | LA Supply Co.<br>ATTN:<br>13700 E. Rosecrans Ave.<br>Santa Fe Springs, CA 90670<br>Tel: 562-404-1884<br>Fax:<br>Email: lasupply@yahoo.com | Trade Debt | | 467,241.10 |
| Tuscarora / Hana Financial | Tuscarora / Hana Financial<br>ATTN:<br>Dept. LA 24406<br>Pasadena, CA 91185<br>Tel: 213-977-7231<br>Fax: 212-869-2449<br>Email: sonia.belle@hanafinancial.com | Trade Debt | | 394,946.41 |
| Visionland | Visionland<br>ATTN:<br>4FL KT BLDG 127-7, SONGJUNG-DONG, KANGBUK-KU<br>Seoul, Korea 0<br>Tel: 822-989-1065<br>Fax: 822-771-2894<br>Email: sale@visionland.co.kr | Trade Debt | | 357,516.80 |

| Neman / FTC Commercial Corp. | Neman / FTC Commercial Corp. ATTN: Jacob 1525 S. Broadway Street Los Angeles, CA 90015 Tel: 213-745-8888 Fax: 213-745-8887 Email: info@ftccc.net | Trade Debt | | | 349,953.62 |
|---|---|---|---|---|---|
| Farnam Street Financial, Inc. | Farnam Street Financial, Inc. ATTN: 240 Pondview Plaza 5850 Opus Parkway Minnetonka, MN 55343 Tel: 952-908-0850 Fax: 952-908-0796 Email: fsfiws@farnamstreet.net | Lease | | | 341,669.68 |
| Rex Fabrics | Rex Fabrics ATTN: 722 Stanford Ave. Los Angeles, CA 90021 Tel: 213-489-9194 Fax: 305-448-7979 Email: rexfabrics@hotmail.com | Trade Debt | | | 336,670.33 |
| Fabric Avenue / Continental Bus. Credit, Inc. | Fabric Avenue / Continental Bus. Credit, Inc. ATTN: 21031 Ventura Blvd. #900 Woodland Hills, CA 91364 Tel: 213-488-9999 Fax: 818-737-3700 Email: skurdian@cbcredit.com | Trade Debt | | | 319,586.07 |
| Orange County Industrial | Orange County Industrial ATTN: 608 E. 4th St. Santa Ana, CA 92701 Tel: 714-953-0977 Fax: 714-953-1067 Email: sales@ocisewing.com | Trade Debt | | | 305,059.67 |
| Hong In Enterprises Co. LTD. | Hong In Enterprises Co. LTD. ATTN: Suite 402 Unicom B/D, 104-17, Samsung-Dong, Kangnam-Ku Seoul, Korea Korea Tel: 82-2-3452-7253(5Line) Fax: 011-82-2-3452-7269 Email: hanslee@honginent.co.kr | Trade Debt | | | 259,013.35 |

| | | | | |
|---|---|---|---|---|
| Glenn Weinman | | Severance | | 249,092.00 |
| | Glenn Weinman<br>ATTN:<br>17045 Rancho St.<br>Encino, CA 91316<br>Tel:<br>Fax:<br>Email: | | | |
| Microsoft Licensing, GP | Microsoft Licensing, GP<br>ATTN:<br>1950 N. Stemmons Fwy, Suite 5010 Lockbox #842467<br>Dallas, TX 75207<br>Tel: 650-693-1789-OFC<br>Fax: 775-823-7287<br>Email: | Software | | 232,683.78 |
| M-Tex Co. | | Trade Debt | | 232,674.09 |
| | M-Tex Co.<br>ATTN:<br>249 w 131st street<br>Los Angeles, CA 90061<br>Tel: 310-515-7787<br>Fax: 011-82-5-1301-0082<br>Email: | | | |
| Sitrick Brincko Group, LLC | Sitrick Brincko Group, LLC<br>ATTN:<br>11999 San Vicente Blvd., Penthouse<br>Los Angeles, CA 90049<br>Tel: 310-788-2850<br>Fax: 310-788-2855<br>Email: | Public relations | D | 194,723.29 |