# IN THE UNITED BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN APPAREL, INC., *et al.*,[1] | Case No. 15-12055 (BLS) |
| Debtors. | Joint Administration Requested |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as counsel for the Committee of Lead Lenders in the above-captioned chapter 11 cases. Pursuant to Section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b), and Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned request that all notices given or required to be given in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: American Apparel, Inc. (0601); American Apparel (USA), LLC (8940); American Apparel Retail, Inc. (7829); American Apparel Dyeing & Finishing, Inc. (0324); KCL Knitting, LLC (9518); and Fresh Air Freight, Inc. (3870). The address of each of the Debtors, other than American Apparel Dyeing & Finishing, Inc. and KCL Knitting, LLC, is 747 Warehouse Street, Los Angeles, California, 90021. The address of American Apparel Dyeing & Finishing, Inc. is 12537 Cerise Avenue, Hawthorne, California, 90250. The address of KCL Knitting, LLC is 1020 E. 59th Street, Los Angeles, California, 90001.

| | |
|---|---|
| Jeffrey M. Schlerf, Esq. | Gerard Uzzi, Esq. |
| L. John Bird, Esq. | Bradley Scott Friedman, Esq. |
| FOX ROTHSCHILD LLP | MILBANK TWEED HADLEY & |
| 919 North Market Street, Suite 300 | MCCLOY LLP |
| Wilmington, DE  19801 | 28 Liberty Street |
| Telephone:  (302) 654-7444 | New York, NY  10005-1413 |
| Facsimile:  (302) 656-8920 | Telephone:  (212) 530-5000 |
| jschlerf@foxrothschild.com | Facsimile:  (212) 530-5219 |
| lbird@foxrothschild.com | guzzi@milbank.com |
| | bfriedman@milbank.com |

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of an application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: October 5, 2015                              FOX ROTHSCHILD LLP

By: */s/ Jeffrey M. Schlerf*
    Jeffrey M. Schlerf (DE No. 3047)
    L. John Bird (DE No. 5310)
    Citizens Bank Center
    919 North Market Street, Suite 300
    Wilmington, DE  19801
    Telephone: (302) 654-7444
    Facsimile: (302) 656-8920

    -and-

Gerard Uzzi, Esq.
Bradley Scott Friedman, Esq.
MILBANK TWEED HADLEY & MCCLOY LLP
28 Liberty Street
New York, NY  10005-1413
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219

*Counsel to the Committee of Lead Lenders*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October, 2015, I caused copies of the foregoing **Notice of Appearance and Request for Service of Papers** to be served upon the parties listed on the parties below as indicated.

VIA HAND DELIVERY
Office of the U.S. Trustee
844 N. King St., Suite 2207
Lockbox #35
Wilmington, DE 19801

VIA HAND DELIVERY
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Joseph M. Mulvihill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

VIA FIRST CLASS MAIL
Richard L. Wynne, Esq.
Erin N. Brady, Esq.
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

VIA FIRST CLASS MAIL
Scott J. Greenberg, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

VIA FIRST CLASS MAIL
American Apparel, Inc.
747 Warehouse Street
Los Angeles, California, 90021

VIA FIRST CLASS MAIL
Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

VIA FIRST CLASS MAIL
Kristen N. Pate, Sr. Assoc. General Counsel
GGP Limited Partnership, as Agent
110 N. Wacker Drive
Chicago, IL 60606

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)