IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AMERICAN APPAREL, INC., *et al.*,[1] | : | Case No. 15-12055 (BLS) |
| Debtors. | : | (Joint Administration Requested) |

**VERIFIED STATEMENT PURSUANT TO
BANKRUPTCY RULE 2019**

Milbank, Tweed, Hadley & M$^c$Cloy LLP ("Milbank") and Fox Rothschild LLP ("Fox Rothschild" and together with Milbank, "Counsel") hereby make the following verified statement (the "Verified Statement") pursuant to rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") in connection with Counsel's representation of certain holders and/or investment advisors of certain holders (the "Committee of Lead Lenders") of (i) the loan (the "ABL Loan") pursuant to the Amended and Restated Credit Agreement, dated as of August 17, 2015 (the "Amended ABL Credit Agreement") among American Apparel (USA), LLC, as a borrower and as borrower representative, American Apparel Retail, Inc., American Apparel Dyeing & Finishing, Inc., KCL Knitting, LLC, as the other borrowers party thereto, the other credit parties thereto, the lenders party thereto and Wilmington Trust, National Association, as Administrative Agent, and (ii) the 13% Senior Secured Notes due 2020 (the "Senior Secured Notes") issued pursuant to an indenture, dated as of April 4, 2013, (as amended, supplemented or otherwise modified from time to time) by and among American Apparel Inc.,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: American Apparel, Inc. (0601); American Apparel (USA), LLC (8940); American Apparel Retail, Inc. (7829); American Apparel Dyeing & Finishing, Inc. (0324); KCL Knitting, LLC (9518); and Fresh Air Freight, Inc. (3870). The address of each of the Debtors, other than American Apparel Dyeing & Finishing, Inc. and KCL Knitting, LLC, is 747 Warehouse Street, Los Angeles, California, 90021. The address of American Apparel Dyeing & Finishing, Inc. is 12537 Cerise Avenue, Hawthorne, California, 90250. The address of KCL Knitting, LLC is 1020 E. 59th Street, Los Angeles, California, 90001.

the subsidiary guarantors listed on the signatures pages thereto and U.S. Bank National Association, as trustee and collateral agent in the chapter 11 cases of the above-captioned affiliated debtors-in-possession (collectively, the "Debtors"):

1. On or around August 1, 2015, certain members of the Committee of Lead Lenders retained Milbank to represent them with respect to the Amended ABL Credit Agreement, the Senior Secured Notes and the Debtors' restructuring.  In or around September 2015, the Committee of Lead Lenders retained Fox Rothschild to serve as Delaware local counsel with respect to the Amended ABL Credit Agreement, the Senior Secured Notes and the Debtors' restructuring.  From time to time thereafter, additional holders of the Senior Secured Notes and the ABL Loan joined with the original members of the Committee of Lead Lenders.

2. As of the date of this Verified Statement, Counsel represents only the Committee of Lead Lenders and does not represent or purport to represent any entities other than the Committee of Lead Lenders in connection with the Debtors' chapter 11 cases, including, without limitation, Standard General L.P. or any affiliates thereof.  In addition, the Committee of Lead Lenders does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases, including, without limitation, Standard General L.P. or any affiliates thereof.

3. The members of the Committee of Lead Lenders hold disclosable economic interests or act as investment managers or advisors to funds and/or accounts that hold disclosable economic interests in relation to the Debtors.  In accordance with Bankruptcy Rule 2019 and based upon information provided to Counsel by each member of the Committee of Lead Lenders, attached hereto as Exhibit A is a list of the names, addresses, and the nature and amount of all disclosable economic interests of each present member of the Committee of Lead Lenders in relation to the Debtors.  In addition, the Committee of Lead Lenders, or the

funds/accounts managed thereby, upon approval by this Court of the Debtors' proposed debtor-in-possession financing facility (the "DIP Facility"), will collectively provide 80% of the total $90,000,000 made available to the Debtors under the DIP Facility (approximately $18,000,000 by each member of the Committee of Lead Lenders).

4. Nothing contained in this Verified Statement (or the exhibit hereto) should be construed as a limitation upon, or waiver of, any rights of any member of the Committee of Lead Lenders to assert, file, and/or amend any claim or proof of claim filed in accordance with applicable law and any orders entered in these cases.

5. Counsel reserves the right to amend this Verified Statement as necessary in accordance with the requirements set forth in Bankruptcy Rule 2019.

Dated: October 5, 2015

**FOX ROTHSCHILD LLP**

By: /s/ Jeffrey M. Schlerf
Jeffrey M. Schlerf, Esq. (No. 3047)
L. John Bird, Esq. (No. 5310)
919 North Market Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
Email: jschlerf@foxrothschild.com
    lbird@foxrothschild.com

- and –

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Gerard Uzzi, Esq. (*pro hac vice* admission pending)
Bradley Scott Friedman, Esq. (*pro hac vice* admission pending)
28 Liberty Street
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5846
Email: guzzi@milbank.com
    bfriedman@milbank.com

*Counsel for the Committee of Lead Lenders*

# **EXHIBIT A**

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTERESTS[1] |
|---|---|---|
| Monarch Alternative Capital LP | 535 Madison Avenue<br>New York, NY 10022 | ABL Loan: $12,005,357<br><br>Senior Secured Notes:   $86,291,540 |
| Coliseum Capital Management, LLC | One station Place<br>7th Floor South<br>Stamford, CT 06902 | ABL Loan: $12,005,357<br><br>Senior Secured Notes:   $ 30,473,298 |
| Goldman Sachs Asset Management, L.P. | 30 Hudson Street<br>5th Floor<br>Jersey City, NJ 07302 | ABL Loan: $12,005,357<br><br>Senior Secured Notes:   $43,564,600 |
| Pentwater Capital Management LP | 614 Davis Street<br>Evanston, IL 60201 | ABL Loan: $12,005,357<br><br>Senior Secured Notes:   $34,860,589 |

---

[1] To the best of Counsel's knowledge, the information included herein is accurate as of October 2, 2015. The amounts set forth herein include only outstanding principal and do not include accrued or unpaid interest, or other amounts that may be owing under the applicable debt documents.