# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN APPAREL, INC., <br> a Delaware corporation | Case No. 15-12055 (BLS) |
| Debtor. | |
| Tax Identification Number 20-3200601 | |
| In re: | Chapter 11 |
| AMERICAN APPAREL (USA), LLC, <br> a California limited liability company | Case No. 15-12057 (BLS) |
| Debtor. | |
| Tax Identification Number 26-2368940 | |
| In re: | Chapter 11 |
| AMERICAN APPAREL RETAIL, INC., <br> a California corporation | Case No. 15-12058 (BLS) |
| Debtor. | |
| Tax Identification Number 72-1577829 | |
| In re: | Chapter 11 |
| AMERICAN APPAREL DYEING & <br> FINISHING, INC. <br> a California corporation | Case No. 15-12059 (BLS) |
| Debtor. | |
| Tax Identification Number 41-2150324 | |

| | |
|---|---|
| In re: | Chapter 11 |
| KCL KNITTING, LLC,<br>a California limited liability company | Case No. 15-12060 (BLS) |
| Debtor. | |
| Tax Identification Number 95-4819518 | |

| | |
|---|---|
| In re: | Chapter 11 |
| FRESH AIR FREIGHT, INC.,<br>a California corporation | Case No. 15-12061 (BLS) |
| Debtor. | |
| Tax Identification Number 45-0533870 | |
| | Related to Docket No. 2 |

## ORDER GRANTING MOTION FOR AN ORDER DIRECTING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

This matter coming before the Court on the *Motion for an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases* (the "Motion")[1], filed by the above-captioned Debtors, the Court has reviewed the First Day Declaration and has considered the statements of counsel and the evidence adduced with respect to the Motion. The Court hereby finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. sections 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. section 1409, (c) this is a core proceeding pursuant to 28 U.S.C. sections 157(b) and (d) notice of the Motion and the Hearing was sufficient under the circumstances. After due deliberation the Court having determined that the relief requested in the Motion is in the best

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

interests of the Debtors, their estates and their creditors; and good and sufficient cause having been shown;

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The above-captioned chapter 11 Cases shall be and hereby are consolidated for procedural purposes only and shall be administered jointly. The Clerk of the Court shall maintain one file and one docket for all of the Cases, which file and docket shall be the file and docket for Debtor American Apparel, Inc. (the "Main Case"), Case No. 15-12055 (BLS).

3. Parties in interest are directed to use the Proposed Caption annexed hereto as Exhibit 1 when filing pleadings with the Court in the Cases indicating that the pleading relates to the jointly administered chapter 11 cases of "American Apparel, Inc., *et al.*" The consolidated caption satisfies the requirements of section 342(c) of the Bankruptcy Code in all respects.

4. Except for the docket in the Main Case, an entry shall be made on the docket in each of the other Cases as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of: American Apparel, Inc.; American Apparel (USA), LLC; American Apparel Retail, Inc.; American Apparel Dyeing & Finishing, Inc.; KCL Knitting, LLC; and Fresh Air Freight, Inc. The docket of American Apparel, Inc. in Case No. 15-12055 (BLS) should be consulted for all matters affecting this case.

5. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above-captioned chapter 11 cases.

Dated: 10/6/15
Wilmington, Delaware

Honorable Brendan L. Shannon
United States Bankruptcy Judge

DOCS_DE:202210.2 03636/001