# EXHIBIT 5 TO INTERIM ORDER

Record Date Notice

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN APPAREL, INC., *et al.*,[1] | Case No. 15-12055 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF (I) RECORD DATE FOR NOTICE AND SELL-DOWN PROCEDURES FOR TRADING IN CLAIMS AGAINST THE DEBTORS' ESTATES AND (II) A FINAL HEARING

**TO ALL PERSONS OR ENTITIES WITH CLAIMS AGAINST ANY OF THE DEBTORS:**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On October 5, 2015 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") commenced cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On the Petition Date, the Debtors filed the Motion For Entry of Interim and Final Orders (I) Establishing Notice and Objection Procedures for Transfers of Equity Securities and (II) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtors' Estates (the "Motion").

3. On **[October __]**, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an interim order (the "Interim Order") setting the

---

[1] The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): American Apparel, Inc. (0601); American Apparel (USA), LLC (8940); American Apparel Retail, Inc. (7829); American Apparel Dyeing & Finishing, Inc. (0324); KCL Knitting, LLC (9518); and Fresh Air Freight, Inc. (3870). The address of each of the Debtors is 747 Warehouse Street, Los Angeles, California, 90021.

Record Date with respect to trading in claims against the Debtors, in order to assist the Debtors in preserving their net operating losses ("NOLs").

4. Pursuant to the Interim Order, the Record Date is established as _____, 2015.

5. Pursuant to the Interim Order, claimholders and potential purchasers of claims against the Debtors other than claims arising in connection with the DIP Facility ("Claims") are hereby notified that, if the Court ultimately approves a Sell-Down Order, claimholders that acquire Claims after the Record Date in an amount that would entitle them to receive more than 4.5% of the stock of the reorganized Debtors under a plan of reorganization may be subject to a required sell-down of any Claims purchased after the Record Date in accordance with the Sell-Down Procedures.

6. All persons or entities that acquired and hold Claims after the Record Date in an amount entitling such person or entity to receive more than 4.5% of the equity of the reorganized Debtors may be required to identify themselves to the Debtors and the official committee of unsecured creditors after the Court's approval of the disclosure statement which identifies potential recoveries for creditors.

7. A final hearing to consider the relief requested in the Motion and the entry of an order (the "Final Order") confirming the establishment of the Record Date on a final and permanent basis shall be held on _____, 2015 at __:__ .m (EST) before the Honorable _____ at _____.

8. Objections to the Motion must be filed with the Court and served so as to be received by 4 p.m. (ET) on [_____], 2015, on (a) the office of the United States Trustee for the District of Delaware and (b) (i) the Debtors, c/o American Apparel, Inc., 747 Warehouse

-2-

DOCS_DE:202213.3 03636/001

Street, Los Angeles, California, 90021 (Attn: Lance Miller), and (ii) Jones Day, 555 S. Flower St., 50th Fl., Los Angeles, CA 90071 (Attn: Richard L. Wynne, Esq. and Erin Brady, Esq.).

9. If no objections to the Motion are timely filed, served and received in accordance with the Interim Order, the Interim Order shall be deemed a Final Order without further notice or hearing, and the Motion shall be granted on a final and permanent basis.

10. Complete copies of the Motion and the Interim Order are available via PACER via the Court's website at https://ecf.deb.uscourts.gov for a fee, or through the Debtors' Notice, Claims and Solicitation Agent, Garden City Group, by accessing their website at http://www.gardencitygroup.com/cases/AAI, or by calling (877) 940-7795. If a hearing is held and a Final Order is entered, such Final Order will also be available as described in the preceding sentence.

11. The entry of the Interim and Final Orders shall in no way prejudice the rights of any party to oppose the entry of a Sell-Down Order, on any grounds, and all parties' rights are expressly preserved by the Interim and Final Orders.

12. The requirements set forth in this Notice are in addition to the requirements of Rule 3001(e) of the Federal Rules of Bankruptcy Procedure and applicable law, and do not excuse compliance therewith.

**[Remainder of page intentionally left blank]**

Respectfully submitted,

Dated: October 5, 2015

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   ljones@pszjlaw.com
         joneill@pszjlaw.com
         jmulvihill@pszjlaw.com

-and-

JONES DAY
Richard L. Wynne (CA Bar No. 149504)
Erin N. Brady (CA Bar No. 215038)
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539
Email:       rlwynne@jonesday.com
             enbrady@jonesday.com

and

Scott J. Greenberg (NY Bar No. SG-2881)
222 East 41st Street
New York, NY 10017
Telephone:   (212) 326-3939
Facsimile:   (212) 755-7306
Email:       sgreenberg@jonesday.com

Proposed Co-Counsel for the Debtors and Debtors in Possession