IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| AMERICAN APPAREL, INC., *et al.*,[1] | : | Case No. 15-12055 (BLS) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | **Related to Docket No. 20** |

### ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE JOINT PLAN OF REORGANIZATION OF DEBTORS AND DEBTORS IN POSSESSION WITHOUT CONCURRENT FILING OF DISCLOSURE STATEMENT

The Court has considered the *Motion for Leave to File Joint Plan of Reorganization of Debtors and Debtors in Possession Without Concurrent Filing of Disclosure Statement* (the "Motion"),[2] filed by the Debtors. The Court has reviewed the Motion and the First Day Declaration and has considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"). The Court has found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. sections 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. sections 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. section 157(b), and (iv) notice of the Motion and the Hearing was sufficient under the circumstances; and the Court having reviewed the Motion; and

---

[1] The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): American Apparel, Inc. (0601); American Apparel (USA), LLC (8940); American Apparel Retail, Inc. (7829); American Apparel Dyeing & Finishing, Inc. (0324); KCL Knitting, LLC (9518); and Fresh Air Freight, Inc. (3870). The address of each of the Debtors is 747 Warehouse Street, Los Angeles, California, 90021.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

the Court having determined that the legal and factual bases set forth in the Motion and that just cause for the relief granted herein exists; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors are authorized to file a Plan without concurrently filing the Disclosure Statement prescribed by Fed. R. Bankr. P. 3016(b). The Debtors will file the Disclosure Statement ten (10) days after the Petition Date, unless a later date is otherwise agreed by the Debtors and the Supporting Parties.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Oct 6, 2015
Wilmington, Delaware

Honorable Brendan L. Shannon
United States Bankruptcy Judge

DOCS_DE:202225.3 03636/001