**EXHIBIT 2**

**Budget**

American Apparel
DIP Budget

AMERICAN APPAREL
DIP FORECAST
As Of: 10/4/2015

| | 1<br>10/9 | 2<br>10/16 | 3<br>10/23 | 4<br>10/30 | 5<br>11/6 | 6<br>11/13 |
|---|---|---|---|---|---|---|
| **COLLECTIONS** | | | | | | |
| USA - Retail | $ 2,869 | $ 3,098 | $ 3,650 | $ 5,100 | $ 3,970 | $ 2,481 |
| USA - Wholesale | 3,281 | 765 | 1,508 | 1,741 | 2,102 | 2,224 |
| Online | 651 | 690 | 870 | 1,286 | 511 | 503 |
| International | 371 | 1,326 | 321 | 521 | 685 | 1,119 |
| Liquidation Proceeds | - | 150 | 150 | 150 | 150 | 150 |
| **TOTAL COLLECTIONS** | **7,171** | **6,029** | **6,499** | **8,798** | **7,418** | **6,477** |
| **DISBURSEMENTS** | | | | | | |
| Rent | - | - | - | - | 4,056 | - |
| Payroll | 2,045 | 3,443 | 2,045 | 3,443 | 2,045 | 3,443 |
| Sales Tax | - | - | 386 | 442 | - | - |
| Risk Management | 624 | 1,214 | 483 | 721 | 483 | 1,277 |
| Wholesale, Retail Vendors and Other | 2,208 | 2,208 | 2,208 | 2,208 | 2,208 | 2,208 |
| Bankruptcy related deposits | 1,500 | - | - | - | - | - |
| Bankruptcy related Professional Fees | - | - | - | - | - | - |
| Miscellaneous | 1,000 | 1,000 | 1,000 | 2,500 | 1,000 | - |
| Store Closures Expenses | - | 23 | 23 | 1,318 | 23 | 23 |
| Financing | 232 | - | - | - | 350 | - |
| Contingent Obligations | - | - | - | 120 | 508 | 348 |
| **TOTAL DISBURSEMENTS** | **7,608** | **7,888** | **6,145** | **10,752** | **10,673** | **7,298** |
| **NET CASH FLOW** | **$ (436)** | **$ (1,859)** | **$ 354** | **$ (1,954)** | **$ (3,255)** | **$ (822)** |
| **ENDING BALANCE** | **$ (436)** | **$ (2,295)** | **$ (1,942)** | **$ (3,896)** | **$ (7,151)** | **$ (7,972)** |
| **DIP Draw** | **$ 10,000** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **NET CASH FLOW (after Draw)** | **$ 9,564** | **$ (1,859)** | **$ 354** | **$ (1,954)** | **$ (3,255)** | **$ (822)** |
| **ENDING BALANCE** | **$ 9,564** | **$ 7,705** | **$ 8,058** | **$ 6,104** | **$ 2,849** | **$ 2,028** |