IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>AMERICAN APPAREL, INC., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 15-12055 (BLS)<br>(Jointly Administered)<br><br>**Re: Docket Nos.: 5 and 73** |

**Objection Deadline: October 26, 2015 at 4:00 p.m. (Eastern time)**
**Hearing Date: November 2, 2015 at 10:00 a.m. (Eastern time)**

## NOTICE OF ENTRY OF INTERIM ORDER AND FINAL HEARING REGARDING MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTORS TO PAY PREPETITION CLAIMS OF CERTAIN UNSECURED CRITICAL VENDORS

TO: (a) the Office of the United States Trustee for the District of Delaware; (b) those creditors holding the 30 largest unsecured claims against the Debtors' estates; (c) counsel to Standard General L.P. and its affiliates; (d) counsel to U.S. Bank, N.A., in its capacity as the trustee under the indenture governing the Debtors' secured notes; (e) Milbank, Tweed, Hadley & McCloy LLP, as counsel to an ad hoc group of noteholders; (f) counsel to Wilmington Trust, National Association, as agent to the lenders under the Debtor-in-Possession Agreement and as administrative agent for the Debtors' ABL Facility; (g) the Internal Revenue Service and the Securities and Exchange Commission; and (h) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on October 5, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion for Interim and Final Orders Authorizing the Debtors to Pay Prepetition Claims of Certain Unsecured Critical Vendors* [Docket No. 5] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto as Exhibit A.

---

[1] The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): American Apparel, Inc. (0601); American Apparel (USA), LLC (8940); American Apparel Retail, Inc. (7829); American Apparel Dyeing & Finishing, Inc. (0324); KCL Knitting, LLC (9518); and Fresh Air Freight, Inc. (3870). The address of each of the Debtors is 747 Warehouse Street, Los Angeles, California, 90021.

**PLEASE TAKE FURTHER NOTICE** that on October 6, 2015, the Bankruptcy Court entered the *Interim Order Granting Debtors' Motion for Order Authorizing the Debtors to pay Prepetition Claims of Certain Critical Vendors* [Docket No. 73] (the "Interim Order"). A copy of the Interim Order is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that objections and responses to the final relief requested in the Motion, if any, must be in writing and filed with the Bankruptcy Court on or before **October 26, 2015 at 4:00 p.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) proposed co-counsel to the Debtors, (i) Jones Day, 555 South Flower Street, 50th Floor, Los Angeles, California 90071, Attn: Richard L. Wynne, Esquire; (ii) Jones Day, 222 East 41st Street, New York, New York 10017, Attn: Scott J. Greenberg, Esquire; and (iii) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esquire; (b) counsel to the DIP Agent and the Prepetition ABL Agent, Covington & Burling LLP, 620 Eighth Avenue, New York, New York 10018, Attn: Ronald Hewitt, Esquire; (c) counsel to Standard General, L.P., Debevoise & Plimpton LLP, 919 Third Avenue, New York, New York 10022, Attn: M. Natasha Labovitz, Esquire; (d) co-counsel to the Committee of Lead Lenders, (i) Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, New York 10005, Attn: Gerard Uzzi, Esquire and Bradley Scott Friedman, Esquire, and (ii) Fox Rothschild LLP, 919 North Market Street, Suite 300, P.O. Box 2323, Wilmington, Delaware 19899-2323, Attn: Jeffrey M. Schlerf, Esquire; (e) counsel for U.S. Bank National Association, as Indenture Trustee, Shipman & Goodwin LLP, One Constitution Plaza, Hartford, Connecticut, 06103-1919, Attn: Ira H.

Goldman, Esquire; and (f) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Jane Leamy, Esquire.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE FINAL RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **NOVEMBER 2, 2015, AT 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

Wilmington, Delaware
Dated: October 7, 2015

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302-652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
jmulvihill@pszjlaw.com

and

JONES DAY
Richard L. Wynne (CA Bar No. 149504)
Erin N. Brady (CA Bar No. 215038)
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:	(213) 489-3939
Facsimile:	(213) 243-2539
Email:	rlwynne@jonesday.com
	enbrady@jonesday.com

and

Scott J. Greenberg (NY Bar No. SG-2881)
222 East 41st Street
New York, NY 10017
Telephone:	(212) 326-3939
Facsimile:	(212) 755-7306
Email:	sgreenberg@jonesday.com

Proposed Co-Counsel for the Debtors and Debtors in Possession