# SIGN-IN SHEET

**CASE NAME:** AMERICAN APPAREL INC.
**CASE NO.:** 15-12055
**COURTROOM NO.:** 1  **JUDGE SHANNON**
**DATE:** NOVEMBER 2, 2015

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kathleen Murton | YCST | Stalking Gener[al] |
| Elie Worenklein | DP | Staling Goal |
| Berard Vizzi | Milbank Tweed | Committee of bond holders |
| Telly Schler | For Milbank | " |
| Scott Golenbory | Jones Day | Debtors |
| Michael Cohen | JD | Debtors |
| Laura Davis Jones | RS+J | " |
| James O'Neill | " | " |
| Joseph Mulvihill | " | " |
| Erin Brady | JD | " |
| David Posner | Kilpatrick | Committee |
| Gianfranco Finizio | " | " |
| Richard Beck | Klehr Harrison | " |
| R Alexander Clark | Covington & Burling | Wilmington Trust[ee] |
| Natalie Cox | USDOJ OUST | U.S. Trustee |

# SIGN-IN SHEET

**CASE NAME:** AMERICAN APPAREL INC.

**COURTROOM NO.:** 1 JUDGE SHANNON

**CASE NO.:** 15-12055

**DATE:** NOVEMBER 2, 2015

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Fournier | Pepper Hamilton LLP | Wilmington Trust, NA |
| Eric Bray | Thor Duy | DLA Piper |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
#1

Calendar Date: 11/02/2015
Calendar Time: 10:00 AM ET

Amended Calendar 11/02/2015 06:52 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | American Apparel, Inc. | 15-12055 | Hearing | 7242811 | Dustin Branch | (310) 788-4420 | Katten Muchin Rosenman LLP | Creditor, Miracle Mile Shops and Deutsche Bank / LIVE |
| | | American Apparel, Inc. | 15-12055 | Hearing | 7244441 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | American Apparel, Inc. | 15-12055 | Hearing | 7242700 | Katina Brountzas | (631) 470-5191 | Garden City Group, LLC | Interested Party, Garden City Group, LLC / LISTEN ONLY |
| | | American Apparel, Inc. | 15-12055 | Hearing | 7242007 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | American Apparel, Inc. | 15-12055 | Hearing | 7244461 | Robert Flachs | (310) 443-2300 | Moelis & Company | Debtor, American Apparel / LIVE |
| | | American Apparel, Inc. | 15-12055 | Hearing | 7242998 | Rachel T. Gezerseh | (213) 243-2226 | Jones Day | Debtor, American Apparel / LISTEN ONLY |
| | | American Apparel, Inc. | 15-12055 | Hearing | 7237767 | Stephanie J. Gleason | (212) 416-2107 | Dow Jones | Non-Party, Stephanie Gleason / LISTEN ONLY |
| | | American Apparel, Inc. | 15-12055 | Hearing | 7244532 | Michael J. Kelly | 212-554-1760 | Monarch Alternative Capital LP | Creditor, Committee of Lead Lenders / LISTEN ONLY |
| | | American Apparel, Inc. | 15-12055 | Hearing | 7244466 | Dawn Kennedy | (213) 488-0226 ext. 1570 | American Apparel, Inc. | Debtor, American Apparel / LIVE |
| | | American Apparel, Inc. | 15-12055 | Hearing | 7244498 | Soufi Mirfakhraei | (212) 530-8978 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Committee of Lead Lenders / LISTEN ONLY |
| | | American Apparel, Inc. | 15-12055 | Hearing | 7242030 | James E. Van Horn | 410-659-4468 | McGuireWoods | Interested Party, Capital One N.A. / LIVE |
| | | American Apparel, Inc. | 15-12055 | Hearing | 7207393 | Carolyn G. Wade | (503) 934-4400 | Oregon Department of Justice | Interested Party, State Oregon / LIVE |
| | | American Apparel, Inc. | 15-bk-12055 | Hearing | 7243090 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, MergerMarket / LISTEN ONLY |