# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| AMERICAN APPAREL, INC., *et al.*,[1] : | |
| : | Case No. 15-12055 (BLS) |
| Debtors. : | (Jointly Administered) |
| : | |
| : | **Re: Docket Nos.: 6, 77 & 173** |

## ORDER APPROVING LETTER AGREEMENT BETWEEN DEBTORS AND OBJECTING UTILITY COMPANIES REGARDING THE MOTION FOR INTERIM AND FINAL ORDERS ESTABLISHING ADEQUATE ASSURANCE PROCEDURES WITH RESPECT TO DEBTORS' UTILITY PROVIDERS

1. Upon consideration of the Letter Agreement (the "Agreement")[2], a copy of which is attached to this Order as Exhibit 1, between the above-captioned debtors and debtors in possession (the "Debtors") and the Objecting Utilities (as described in the Agreement) to the *Motion for Interim and Final Orders Establishing Adequate Assurance Procedures With Respect to Debtors' Utility Providers* (the "Motion") [Docket No. 6]; and which Agreement is agreed to by each of the Objecting Utilities and the Debtors (together, the "Parties"); IT IS HEREBY ORDERED THAT:

1. The Agreement is approved.

2. The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Agreement.

3. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Agreement or this Order.

---

[1] The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): American Apparel, Inc. (0601); American Apparel (USA), LLC (8940); American Apparel Retail, Inc. (7829); American Apparel Dyeing & Finishing, Inc. (0324); KCL Knitting, LLC (9518); and Fresh Air Freight, Inc. (3870). The address of each of the Debtors is 747 Warehouse Street, Los Angeles, California, 90021.

[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Agreement.

DOCS_DE:203312.1 03636/001

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: Nov 19, 2015

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge