## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN APPAREL, INC., *et al.*,[1] | Case No. Case No. 15-12055 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 458** |

### ORDER EXTENDING TIME TO COMPLY
### WITH SECTION 345(B) OF THE BANKRUPTCY CODE

Upon consideration of the above-captioned debtors' and debtors' in possession (collectively, the "Debtors") *Motion for an Order Extending Time to Comply with Section 345(b) of the Bankruptcy Code* (the "Motion"),[2] and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that this Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and due and adequate notice of the Motion having been given under the circumstances such that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted; and it is further

---

[1] The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): American Apparel, Inc. (0601); American Apparel (USA), LLC (8940); American Apparel Retail, Inc. (7829); American Apparel Dyeing & Finishing, Inc. (0324); KCL Knitting, LLC (9518); and Fresh Air Freight, Inc. (3870). The address of each of the Debtors is 747 Warehouse Street, Los Angeles, California, 90021.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

ORDERED that the waiver of the requirements under 11 U.S.C. § 345(b) with respect to the DIP Account authorized in the Cash Management Order is extended pursuant to Bankruptcy Rule 9006(b) through and including January 20, 2016; and it is further

ORDERED that the entry of this Order shall be without prejudice to the Debtors' right to request a further extension or waiver of the requirements of 11 U.S.C. § 345(b) in these chapter 11 cases.

Dated: Jan 15, 2016

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge