# APPENDIX II

## CONFIRMATION NOTICE

DOCS_DE:204591.3 03636-001
NAI-1500791403v2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **AMERICAN APPAREL, INC., *et al.*,**[1] | : | **Case No. 15-12055 (BLS)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

## NOTICE OF ENTRY OF ORDER [AND OCCURRENCE
## OF THE EFFECTIVE DATE][2] CONFIRMING JOINT PLAN OF
## REORGANIZATION OF THE DEBTORS AND DEBTORS IN POSSESSION

PLEASE TAKE NOTICE OF THE FOLLOWING:

1.    **Confirmation of the Plan.**  On January [●], 2016, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Confirmation Order") confirming the First *Amended Joint Plan of Reorganization of the Debtors and Debtors in Possession*, dated January 14, 2016 (as it may have been amended, supplemented or modified, the "Plan"), in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").  Unless otherwise defined in this Notice, capitalized terms and phrases used herein have the meanings given to them in the Plan and Confirmation Order.

2.    **[Effective Date.  The Effective Date of the Plan occurred on [●], 2016, and the Plan was substantially consummated.]**

3.    **Bar Dates.**

a.    General Administrative Claim Bar Date Provisions.  Except as otherwise provided in the Plan and in accordance with Section II.A.1.h of the Plan, requests for payment of Administrative Claims (other than DIP Claims, Fee Claims and Administrative Claims based on Liabilities incurred by any Debtor in the ordinary course of its business as described in Section II.A.1.c of the Plan) must be Filed and served on the Reorganized Debtors no later than thirty (30) days after the entry of the Confirmation Order.  Holders of Administrative Claims that are required to File and serve a request for payment of such Administrative Claims and that do not File and serve such a request by the Administrative Claims Bar Date will be forever barred from asserting such Administrative Claims against the Debtors, the Reorganized Debtors or their respective property, and such Administrative Claims

---

[1]    The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): American Apparel, Inc. (0601); American Apparel (USA), LLC (8940); American Apparel Retail, Inc. (7829); American Apparel Dyeing & Finishing, Inc. (0324); KCL Knitting, LLC (9518); and Fresh Air Freight, Inc. (3870).  The address of each of the Debtors is 747 Warehouse Street, Los Angeles, California 90021.

[2]    **[The Debtors may choose to provide separate notice of the occurrence of the Effective Date.]**

will be deemed discharged as of the Effective Date. Objections to such requests, if any, must be Filed and served on the Reorganized Debtors and the requesting party no later than (a) sixty (60) days after the Effective Date or (b) such other period of limitation as may be specifically fixed by a Final Order for objecting to such Administrative Claims.

b.      Professional Compensation. Professionals or other Entities asserting a Fee Claim for services rendered before the Effective Date must File and serve on the Reorganized Debtors and such other Entities who are designated by the Bankruptcy Rules, the Fee Order, the Confirmation Order or other order of the Bankruptcy Court an application for final allowance of such Fee Claim no later than sixty (60) days after the Effective Date; provided, however, that any party who may receive compensation or reimbursement of expenses pursuant to the Ordinary Course Professionals Order may continue to receive such compensation and reimbursement of expenses for services rendered before the Effective Date pursuant to the Ordinary Course Professionals Order without further Bankruptcy Court review or approval (except as provided in the Ordinary Course Professionals Order). Objections to any Fee Claim must be filed and served on the Reorganized Debtors and the requesting party no later than ninety (90) days after the Effective Date.

c.      Bar Dates for Rejection Claims. Unless otherwise provided by order of the Bankruptcy Court, any Proofs of Claim asserting Claims arising from the rejection of the Debtors' Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims and Notice Agent within thirty (30) days after the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection.

d.      Any Proofs of Claim arising from the rejection of any of the Debtors' Executory Contracts and Unexpired Leases that are not timely filed shall be disallowed automatically, forever barred from assertion, and shall not be enforceable against any Reorganized Debtor without the need for any objection by the Reorganized Debtors or further notice to or action, order, or approval of the Bankruptcy Court. All Allowed Claims arising from the rejection of any of the Debtors' Executory Contracts and Unexpired Leases shall constitute General Unsecured Claims against the particular Debtors against which such Claim is Allowed (only if and to the extent Allowed) and shall be treated in accordance with Section II.C.4 of the Plan.

e.      The Debtors' rights to object to, settle, compromise or otherwise resolve any Claim Filed on account of a rejected Executory Contract or Unexpired Lease are reserved.

4.      **[Effective Date. A separate notice of the occurrence of the Effective Date shall be served on all known holders of Claims and Interests as soon as practicable after the occurrence thereof.]**

5.      **Copies of Plan and Confirmation Order.** A copy of the Plan, the Confirmation Order or any other related documents may be obtained from the Bankruptcy Court's website at http://ecf.deb.uscourts.gov or, free of charge, at https://cases.gardencitygroup.com/cases/AAI

- 2 -

Dated: _____ [__], 2016                    Respectfully submitted,
        Wilmington, Delaware

                                            _____
                                            Laura Davis Jones (DE Bar No. 2436)
                                            James E. O'Neill (DE Bar No. 4042)
                                            Joseph M. Mulvihill (DE Bar No. 6061)
                                            919 N. Market Street, 17th Floor
                                            P.O. Box 8705
                                            Wilmington, DE 19899-8705 (Courier 19801)
                                            Telephone:    (302) 652-4100
                                            Facsimile:    (302) 652-4400
                                            Email: ljones@pszjlaw.com
                                                   joneill@pszjlaw.com
                                                   jmulvihill@pszjlaw.com

                                            and

                                            JONES DAY
                                            Richard L. Wynne (admitted *pro hac vice*)
                                            Erin N. Brady (admitted *pro hac vice*)
                                            555 South Flower Street, 50th Floor
                                            Los Angeles, CA 90071
                                            Telephone:    (213) 489-3939
                                            Facsimile:    (213) 243-2539
                                            Email:        rlwynne@jonesday.com
                                                          enbrady@jonesday.com

                                            and

                                            Scott J. Greenberg (admitted *pro hac vice*)
                                            Michael J. Cohen (admitted *pro hac vice*)
                                            222 East 41st Street
                                            New York, NY 10017
                                            Telephone:    (212) 326-3939
                                            Facsimile:    (212) 755-7306
                                            Email:        sgreenberg@jonesday.com
                                                          mcohen@jonesday.com

                                            CO-COUNSEL FOR THE DEBTORS AND
                                            DEBTORS IN POSSESSION

- 3 -