# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN APPAREL, INC. et al. | Case No. 15-12055 (BLS) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING MYRIAM S. MENDES' MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND/OR RELIEF FROM DISCHARGE INJUNCTION

AND NOW, upon consideration of the motion (the "Motion") of Myriam S. Mendes ("Ms. Mendes") for an order granting relief from the automatic stay and plan injunction; and the Court having reviewed the Motion and notice having been given; and the Debtors and Mendes having agreed to resolve the Motion on the following terms; and it appearing that there is sufficient cause therefor, it is hereby ORDERED THAT:

1. Ms. Mendes is granted relief from the automatic stay provision of 11 U.S.C. § 362 and, to the extent applicable, any injunction provisions of the First Amended Joint Plan of Reorganization of the Debtors and Debtors in Possession, in order to proceed with the action in the Superior Court of Norfolk, Massachusetts to the extent necessary to (i) liquidate any claim that Ms. Mendes may have against the Debtors, and (ii) proceed against any applicable insurance policy.

2. Nothing herein shall constitute an allowance of any claim against the Debtors or shall prejudice the parties with respect to any such claim. The Debtors reserve their right to object to any claim Ms. Mendes may assert in the Debtors' bankruptcy cases and Ms. Mendes reserves the right to file and pursue a claim against the Debtors, including a claim for any deductible under applicable insurance coverage.

119264037_1

3. Pursuant to Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: September 21, 2016
Wilmington, DE

The Honorable Brendan L. Shannon
Chief United State Bankruptcy Judge

119264037_1