# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AMERICAN APPAREL, INC., *et al.*,[1] | : | Case No. 15-12055 (BLS) |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 5, 2018 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801[2]**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**CONTINUED MATTERS:**

1.  Reorganized Debtors' Fourth Omnibus Objection (Substantive) to Certain (I) Misclassified Claims, (II) Wrong Debtor Claims, (III) No Liability Claims and (IV) Redundant Claims [Filed: 7/15/16] (Docket No. 959).

    Response Deadline: July 29, 2016 at 4:00 p.m.

    Responses Received:

    a.  Response of Pacific Continental Textiles, Inc. [Filed: 8/1/16] (Docket No. 976).

    b.  Google Inc.'s Response to Reorganized Debtors' Fourth Omnibus Objection (Substantive) to Certain (I) Misclassified Claims, (II) Wrong Debtor Claims, (III) No Liability Claims and (IV) Redundant Claims [Filed: 8/19/16] (Docket No. 987).

---

[1] The Reorganized Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): American Apparel, Inc. (0601); American Apparel (USA), LLC (8940); American Apparel Retail, Inc. (7829); American Apparel Dyeing & Finishing, Inc. (0324); KCL Knitting, LLC (9518); and Fresh Air Freight, Inc. (3870). The address of each of the Debtors is 747 Warehouse Street, Los Angeles, California, 90021.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

    c.    Informal Response from Yahoo! Inc.

    d.    Informal Response from Sierra Liquidity Fund LLC.

    e.    Informal Response from Signograph USA.

    f.    Informal Response from Taylor Family Trust.

Related Documents:

    a.    [Proposed] Order Granting Reorganized Debtors' Fourth Omnibus Objection (Substantive) to Certain (I) Misclassified Claims, (II) Wrong Debtor Claims, (III) No Liability Claims and (IV) Redundant Claims [Filed: 7/15/16] (Docket No. 959).

    b.    Notice of Submission of Proofs of Claim in Connection with Reorganized Debtors' Fourth Omnibus Objection (Substantive) to Certain (I) Misclassified Claims, (II) Wrong Debtor Claims, (III) No Liability Claims and (IV) Redundant Claims [Filed: 8/10/16] (Docket No. 982).

    c.    [Signed] Order Granting Reorganized Debtors' Fourth Omnibus Objection (Substantive) to Certain (I) Misclassified Claims, (II) Wrong Debtor Claims, (III) No Liability Claims and (IV) Redundant Claims [Filed: 8/23/16] (Docket No. 994).

    d.    [Signed] Supplemental Order Granting Reorganized Debtors' Fourth Omnibus (Substantive) Objection with Respect to the Claim of the Taylor Family Trust [Filed: 9/22/16] (Docket No. 1015).

Status:  The informal responses from Yahoo! Inc. and Signograph USA and Google have been continued to a date to be determined.

2.    Motion of Google Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 [Filed: 3/7/16] (Docket No. 791).

Response Deadline:  March 17, 2016, at 4:00 p.m. (extended for the Debtors).

Responses Received:  None as of the date of this notice of agenda.

Related Documents:

    a.    [Proposed] Order [Filed: 3/7/16] (Docket No. 791).

Status:  This matter is continued to a date to be determined.

3.     Reorganized Debtors' Sixth Omnibus Objection (Non-Substantive) to Certain (I) Late Filed Claims, (II) Amended and Superseded Claims, (III) Insufficient Documentation Claims, (IV) Duplicate Claims, and (V) Wrong Debtor Claims [Filed: 10/7/16] (Docket No. 1025).

    Response Deadline:  October 21, 2016 at 4:00 p.m.

    Responses Received:

    a.    Letter Response of OnSpot Social LLC [Filed: 10/20/16] (Docket No. 1038).

    b.    Letter Response of Clarence Ruth [Filed: 10/25/16] (Docket No. 1044).

    c.    Informal Response of Brother International Corporation.

    d.    Informal Response of JKD Construction Co., Inc.

    Related Documents:

    a.    [Proposed] Order Granting Sixth Omnibus Objection (Non-Substantive) to Certain (I) Late Filed Claims, (II) Amended and Superseded Claims, (III) Insufficient Documentation Claims, (IV) Duplicate Claims, and (V) Wrong Debtor Claims [Filed: 10/7/16] (Docket No. 1025, Exhibit B).

    b.    Notice of Submission of Proofs of Claim in Connection with Reorganized Debtors' Sixth Omnibus Objection (Non-Substantive) to Certain (I) Late Filed Claims, (II) Amended and Superseded Claims, (III) Insufficient Documentation Claims, (IV) Duplicate Claims, and (V) Wrong Debtor Claims [Filed: 10/25/16] (Docket No. 1042).

    c.    Certification of Counsel Regarding Reorganized Debtors' Sixth Omnibus Objection (Non-Substantive) to Certain (I) Late Filed Claims, (II) Amended and Superseded Claims, (III) Insufficient Documentation Claims, (IV) Duplicate Claims, and (V) Wrong Debtor Claims [Filed: 11/4/16] (Docket No. 1055).

    d.    [Signed] Order Granting Reorganized Debtors' Sixth Omnibus Objection (Non-Substantive) to Certain (I) Late Filed Claims, (II) Amended and Superseded Claims, (III) Insufficient Documentation Claims, (IV) Duplicate Claims, and (V) Wrong Debtor Claims [Filed: 11/4/16] (Docket No. 1058).

    Status:  This matter is continued to a date to be determined.

**UNCONTESTED MATTER FOR WHICH A COC HAS BEEN FILED:**

4. Garden City Group, LLC's Motion to Terminate Role as Claims and Noticing Agent [Filed: 11/14/18] (Docket No. 1272).

    Response Deadline:  November 28, 2018 at 4:00 p.m.

    Responses Received:  Informal comments received from the United States Trustee and the Litigation Trustee.

    Related Documents:

    a.   [Proposed] Order Granting Garden City Group, LLC's Motion to Terminate Role as Claims and Noticing Agent [Filed: 11/14/18] (Docket No. 1272, Exhibit A).

    b.   Certification of Counsel [Filed: 11/30/18] (Docket No. 1273).

    Status:  The Garden City Group has filed a revised proposed order under certification of counsel.

*[Remainder of Page Intentionally Left Blank]*

Respectfully submitted,

Dated: December 3, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Joseph M. Mulvihill*

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  ljones@pszjlaw.com
        joneill@pszjlaw.com
        jmulvihill@pszjlaw.com

and

JONES DAY
Richard L. Wynne (Admitted *pro hac vice*)
Erin N. Brady (Admitted *pro hac vice*)
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:  (213) 489-3939
Facsimile:  (213) 243-2539
Email:      rlwynne@jonesday.com
            enbrady@jonesday.com

and

Scott J. Greenberg (Admitted *pro hac vice*)
Michael J. Cohen (Admitted *pro hac vice*)
250 Vesey Street
New York, New York 10281-1047
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Email:      sgreenberg@jonesday.com
            mcohen@jonesday.com

Co-Counsel for the Reorganized Debtors