IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>APP WINDDOWN, LLC, *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 15-12055 (BLS)<br><br>Jointly Administered<br><br>Objection Deadline: Oct. 5, 2020 at 4:00 p.m.<br>Hearing Date: Oct. 21, 2020 at 2:00 p.m. |

**NOTICE OF LITIGATION TRUSTEE'S MOTION FOR ENTRY OF AN
ORDER (I) REOPENING THE DEBTORS' BANKRUPTCY CASE,
(II) EXTENDING THE TERMINATION DATE OF THE LITIGATION TRUST,
(III) CLOSING THE DEBTORS' BANKRUPTCY CASE AFTER EXTENSION
OF THE TERMINATION DATE AND (IV) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on September 21, 2020, Peter Kravitz, as Litigation Trustee (the "Trustee") of the AAI Litigation Trust (the "Trust"), filed the *Litigation Trustee's Motion for Entry of an Order (i) Reopening the Debtors' Bankruptcy Case, (ii) Extending the Termination Date of the Litigation Trust, (iii) Closing the Debtors' Bankruptcy Case After Extension of the Termination Date and (iv) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 ("Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **October 5, 2020 at 4:00 p.m. (Prevailing Eastern Time).**

---

[1] The Reorganized Debtors in this case are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): American Apparel, Inc. (0601); American Apparel (USA), LLC (8940); American Apparel Retail, Inc. (7829); American Apparel Dyeing & Finishing, Inc. (0324); KCL Knitting, LLC (9518); and Fresh Air Freight, Inc. (3870). The address of each of the Reorganized Debtors is 5800 S. Eastern Avenue, Suite 500, Commerce, CA 90040.

PHIL1 9128241v.1

PLEASE TAKE FURTHER NOTICE that at the same time, you must also serve a copy of the response or objection upon the undersigned counsel.

PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #1, WILMINGTON, DELAWARE 19801 ON **OCTOBER 21, 2020 AT 2:00 P.M. (PREVAILING EASTERN TIME).**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: September 21, 2020<br>Wilmington, Delaware | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br><br>*/s/ Richard M. Beck*<br>Richard M. Beck (DE Bar No. 3370)<br>Sally E. Veghte (DE Bar No. 3762)<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801-3062<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br>Email: rbeck@klehr.com<br>       sveghte@klehr.com<br><br>*Counsel for the Litigation Trustee* |