**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN APPAREL, INC., *et al.*, | : | Case No. 15-12055 (BLS) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Re: Doc. No. _____ |

**ORDER GRANTING MOTION OF THE LITIGATION TRUST FOR**
**ORDER (I) REOPENING THE DEBTORS' BANKRUPTCY CASE,**
**(II) EXTENDING THE TERMINATION DATE OF THE LITIGATION TRUST,**
**(III) CLOSING THE DEBTORS' BANKRUPTCY CASE**
**AND (IV) GRANTING RELATED RELIEF**

Upon the motion of the Peter Kravitz, as Litigation Trustee (the "Trustee") of the AAI Litigation Trust (the "Litigation Trust") for an Order (i) Reopening the Debtors' Bankruptcy Case, (ii) Extending the Termination Date of the Litigation Trust, (iii) Closing the Debtors' Bankruptcy Case and (iv) Granting Related Relief (the "Motion"); and it appearing that proper notice of the Motion was given, such that no further notice is necessary; and it further appearing that good cause exists for granting the relief requested in the Motion, it is therefore

ORDERED that pursuant to Bankruptcy Code section 350(b), the above-captioned jointly administered Bankruptcy Case of American Apparel, Inc., et al. is hereby reopened; and it is further

ORDERED that the Termination Date of the Litigation Trust be extended for three (3) years or until February 6, 2024, without prejudice to the Trustee's right in accordance with the Plan and the Litigation Trust Agreement to seek further extensions of the Termination Date of the Litigation Trust or to terminate the Litigation Trust earlier; and it is further

ORDERED that the Clerk of the Bankruptcy Court shall close jointly administered Bankruptcy Case after entry of this Order;

ORDERED that the Litigation Trust is authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.